# Amy L. Wishart

1819 S Commons  
Federal Way, WA 98003  
Phone 253-951-6014

**TO:**  
Thomas A. Prediletto

Wishart - 000093  
Rec'd 4-23-2012

# INVOICE

INVOICE #[100]  
DATE: FEBRUARY 16, 2012

**FOR:**  
Paralegal Contract Work

| DESCRIPTION | AMOUNT |
|---|---|
| Watkines, Mary (Ch 7 Balance $50) | $25 |
| Washington, Joe (Ch 7 - $345.50) | $172.75 |
| Jefferson, Lee (Ch 7 - $339.50) | $169.75 |
| Caldwell, Steve (Ch 7 - $339.50) | $169.75 |
| Tada (ch 7 - $339.50) | $169.75 |
| Gierczynski, Anges (Ch 13 – pd $350, owes $150 - $500 in plan) | $175.00 |
| TOTAL | $882.00 |



Page - 84